**MARTIN & BONTRAGER, APC**
G. Thomas Martin, III (SBN 218456)
Nicholas J. Bontrager (SBN 252114)
6464 W. Sunset Blvd., Ste. 960
Los Angeles, CA 90028
T: (323) 940-1700
F: (323) 238-8095
Tom@mblawapc.com
Nick@mblawapc.com

Attorneys for Plaintiff
JOHNNY MIRELES

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOHNNY MIRELES,<br><br>   Plaintiff,<br><br>vs.<br><br>RISE CREDIT OF CALIFORNIA, LLC, dba RISE,<br><br>   Defendant(s). | Case No.: 2:17-cv-07992-AS<br><br>**VOLUNTARY DISMISSAL WITHOUT PREJUDICE** |

  NOW COMES Plaintiff, JOHNNY MIRELES ("Plaintiff"), by and through the undersigned counsel, and pursuant to *Fed. R. Civ. P. 41(a)(1)(A)(i)*, hereby voluntarily dismisses the instant action. Plaintiff dismisses his claims *without* prejudice.

///

///

///

- 1 -

VOLUNTARY DISMISSAL

| | |
|---|---|
| 1 | RESPECTFULLY SUBMITTED, |
| 2   Dated: December 12, 2017 | **MARTIN & BONTRAGER, APC** |
| 4 | By: <u>/s/ Nicholas J. Bontrager</u> |
| 5 | Nicholas J. Bontrager |
| 6 | *Attorney for Plaintiff* |

# CERTIFICATE OF SERVICE

I hereby certify that on the 22th day of December, 2017, I electronically filed the foregoing with the Clerk of the Court using the *CM/ECF*. The Voluntary Dismissal has been served on Defendants counsel of record by way of the *CM/ECF*.

By: /s/ Nicholas J. Bontrager
Nicholas J. Bontrager, Esq.